UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: DR-10-CR-00222(01)-SB |
| LUIS ENRIQUE AMADOR-CARBAJAL | § | |

### ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING DEFENDANT

On **July 25, 2017**, came on to be heard before the Court, the Government's Amended Petition to Revoke the Defendant's term of supervised release filed on June 1, 2017. The defendant, **LUIS ENRIQUE AMADOR-CARBAJAL**, appeared with his attorney **Minerva Torres**, and the government appeared by Assistant United States Attorney, **Daniel Lee**, in the above-entitled and numbered criminal action.

The defendant pled true to the Violations.

Upon oral Motion by the Government to dismiss, the original petition to Revoke Supervised Release is hereby **GRANTED**.

The Court finds that the defendant has violated the terms and conditions of his supervised release as alleged in the said petition. Thus, the Government's Amended Petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on February 8, 2011, as set out in the judgment entered on February 8, 2011, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **LUIS ENRIQUE AMADOR-**

**CARBAJAL,** be committed to the custody of the U.S. Bureau of Prisons for a term of **Six (6) months,** pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served. No further term of supervised release is imposed. The Court makes the following recommendations to the Bureau of Prisons: That the defendant be incarcerated in a federal facility as close to Florida as possible.

SIGNED on this 14th day of August, 2017.

_____
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

## RETURN

I have executed this Revocation Order as follows:
_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal